UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SYMETRA LIFE INSURANCE COMPANY, ) <br> Plaintiff, ) <br> ) <br> -v- ) <br> ) <br> ADMINISTRATION SYSTEMS RESEARCH ) <br> CORPORATION, INTERNATIONAL, ) <br> Defendant. ) <br> ) | No. 1:21-cv-579 <br><br> Honorable Paul L. Maloney |

### JUDGMENT

The Court has resolved all pending claims and issues in this civil action. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: July 20, 2021                                        /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    United States District Judge